



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. J.A. Hill, President
The West Texas State Teachers College
Canyon, Texas

Dear Sir:

Opinion No. O-964
Re: Authority of the West Texas State
Teachers college to control the use
of an artificial lake located on the
college farm.

Your request for an opinion, concerning the
legal authority of the West Texas State Teachers
College to prevent the general public from fishing
in an artificial lake situated on the college farm,
has been received by this department.

It is true that the land occupied by the West
Texas State Teachers College is public property, but
it has been dedicated to a specific purpose. The
West Texas State Teachers College being the custodian
of the buildings and the land, it is entitled to es-
tablish reasonable rules and regulations governing
the use of such property, consistent with the purpose
to which it was dedicated. Trespassing by the gen-
eral public contrary to such rules and regulations
is in violation of the law governing trespass on pri-
vate property. The fact that there is an artificial
lake located on the land does not alter the situation
in any respect, and certainly fishing could not be
termed a use consistent with the purposes for which
the college is maintained.

It is the privilege and the duty of the col-
lege, through its officials, to see that the land and
the buildings which it occupies are restricted to uses
conforming with or incidental to the purpose for which
they were dedicated. If the reasonable rules and reg-
ulations established by the college are wilfully violated

Hon. J.A. Hill, Page 2

it would be proper for the officials to institute
prosecutions for trespassing.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ross Carlton
Assistant

RC:omb

APPROVED JUN 21, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE

BY
CHAIRMAN